

**FILED**

MAR 27 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Nr **4:15CR00146 NCC** |
| JUSTIN E. PAYNE, | ) |
| Defendant. | ) |

## INFORMATION

### COUNT I

The United States Attorney charges that:

Between, on, or about November 22, 2014 and December 3, 2014, within the Eastern District of Missouri, and elsewhere, the defendant, Justin E. Payne, knowingly caused the transmission of a program, information, code, or command to a protected computer, and as a result of such conduct, intentionally caused damage without authorization to a protected computer in the possession of St. Louis County Police Officers' Association, in violation of 18 U.S.C. Sections 1030(a)(5)(A) and 2.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*Colleen C. Lang*

COLLEEN C. LANG, #56872MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

| UNITED STATES OF AMERICA | ) |
| EASTERN DIVISION | ) |
| EASTERN DISTRICT OF MISSOURI | ) |

I, Colleen C. Lang, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
COLLEEN C. LANG

Subscribed and sworn to before me this 27 day of March 2015.

_____
CLERK, U.S. DISTRICT COURT

By: _____