UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:15 CR0146 NCC |
| | ) | |
| JUSTIN PAYNE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Missouri hereby dismisses the information in this cause against the defendant.

RICHARD G. CALLAHAN
United States Attorney


___/s/ Colleen C. Lang_____
Colleen C. Lang, #56872MO
Assistant United States Attorney


Leave of Court is granted for the filing of the foregoing dismissal.


_____
UNITED STATES DISTRICT JUDGE


Dated:  This _____ day of May, 2015.


cc:  U.S. Marshal's Service

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the above and foregoing was mailed this ___21_ day of May, 2015,to:

Joel Schwartz
Attorney for the Defendant

                                                   _____/s/ Colleen C. Lang_____
                                                ASSISTANT UNITED STATES ATTORNEY



**U.S. Department of Justice**

United States Attorney

*Eastern District of Missouri*

---

*Thomas F. Eagleton U.S. Courthouse*   Telephone:  (314) 539-2200
*111 S. 10th Street, Rm. 20.333*              Fax:  (314) 539-2309
*St. Louis, MO  63102*

DATE

Defendant:
Date of Indictment:
Offense:
Cause No.:

To:   United States Marshal
      111 South 10th Street, Second Floor
      St. Louis, Missouri   63102

   This is to advise that the matter or case against the above-named defendant has been closed as indicated below.  Any unexecuted warrant or unserved summons issued in such case or proceeding and held by you should be returned, with a copy of this letter, to the issuing officer for proper disposition and notation on the issuing officer's records.

<u>Action Taken</u>

☐   Prosecution declined

☐   Complaint dismissed

☒   Indictment or Information dismissed

☐   Commissioner's warrant superseded by Court Warrant


Very truly yours,

RICHARD G. CALLAHAN
United States Attorney


_____
[AUSA NAME]
Assistant United States Attorney